FILED

2012 MAY -2 AM 11: 14

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **VIRGINIA BEAGLE,** | ) |
| Plaintiff, | ) Civil Action No. 5:12-cv221-0c-10TBS |
| v. | ) |
| | ) COMPLAINT |
| **TAKHAR COLLECTION SERVICES, LTD.;** and **DOE 1,** | ) |
| Defendants. | ) |

**(Jury Trial Demanded)**

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. ("FDCPA").

### JURISDICTION AND VENUE

2. This Court exercises jurisdiction under 15 U.S.C. 1692k and 28 U.S.C. 1331. This District is of proper venue as Plaintiff is a resident within this District and Defendant engaged in collection efforts against Plaintiff while Plaintiff so resided.

1

## PARTIES

3. Plaintiff, VIRGINIA BEAGLE (hereinafter "Ms. Beagle" or "Plaintiff"), is a natural person residing in Fruitland Park, Florida. Defendant, TAKHAR COLLECTION SERVICES, LTD. (hereinafter "Defendant") is a limited liability company believed to maintain its principle place of business at 1623 Military Road, Suite 537 in Niagara Falls, New York. Plaintiff is ignorant of the true name and capacity of the defendant sued herein as DOE 1, and therefore sues this defendant by such fictitious name. Plaintiff will amend this Complaint to allege the true name and capacity once ascertained. Plaintiff believes and thereon alleges that the fictitiously named defendant is responsible in some manner for the occurrences herein alleged, and that such defendant is responsible to Plaintiff for damages and/or monies owed. Defendant TAKHAR COLLECTION SERVICES, LTD. and DOE 1 shall be jointly referred to as "Defendants" herein.

4. Defendants regularly operate as third-party debt collectors and are "debt collectors" as defined in 15 U.S.C. 1692a.

## FACTUAL ALLEGATIONS

5. Beginning in February of 2011, Defendants began contacting Ms. Beagle by telephone in an attempt to collect a consumer debt allegedly owed.

6. Between February 1 and May 3, 2011, Defendants made at least 52-calls to Mr. Beagle with the use of an automated dialer with a pre-recorded message.

7. The content of Defendants pre-recorded message read as follows: "This is the Takhar Group calling on an important matter. You are required to call at 1-800-625-

2

4906. Office hours are 11 - 8 pm, Monday through Friday, or you can respond to our website at www.TakharGroup.com. Again, this is the Takhar Group calling from 1-800-625-4906 and we require a response from you immediately."

8       At no time did Defendants send any written notice validating the alleged debt or otherwise. At no time did Defendants advise Ms. Beagle, verbally or in writing, of the debt validation information required by 15 U.S.C. 1692g.

9.      Becoming increasingly concerned about who Defendants were, what they wanted, and facing continued calls from Defendants, Ms. Beagle obtained counsel with Robert Amador of Centennial Law Offices.

## CAUSES OF ACTION

### COUNT I

10.     Plaintiff re-alleges paragraphs 1 through 9, inclusive, and by this reference incorporate the same as though fully set forth herein. Plaintiff is informed and believes and herein alleges that Defendants violated 15 USC 1692d with regards to Plaintiff as follows: 1.) Defendants continuous and repeated automated calls to Plaintiff was conduct the natural consequences of which were to harass Plaintiff.

### COUNT II

11.     Plaintiff re-alleges paragraphs 1 through 9, inclusive, and by this reference incorporate the same as though fully set forth herein. Plaintiff is informed and believes and herein alleges that Defendants violated 15 U.S.C. 1692g(b) with regards to Plaintiff as

3

follows: Defendants failed to provide Plaintiff with the debt validation information contemplated by 15 U.S.C. 1692g.

### COUNT III

12. Plaintiff re-alleges paragraphs 1 through 9 nclusive, and by this reference incorporate the same as though fully set forth herein. Plaintiff is informed and believes and herein alleges that Defendants violated 15 USC 1692d(6) and 1692e(11) with regards to Plaintiff as follows: 1.) Defendants failed to provide meaningful disclosure of the caller's identify in the messages left for Plaintiff; and 2.) Defendants failed to disclose that their communications were from a debt collector and in an attempt to collect a debt in the messages left for Plaintiff.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays judgment against Defendant for recovery, damages for each count being in the alternative, as follows:

1.) For statutory damages in the amount of $1,000 pursuant to 15 U.S.C. 1692k(2);

2.) For actual damages of $1,955.00 for legal costs in responding to unlawful collection activity.

3.) For prejudgment interest in an amount to be proved at time of trial;

4.) For attorney's fees pursuant to 15 U.S.C. 1692(k)

5.) For the costs of this lawsuit; and

6.) For any other and further relief that the court considers proper.

4

## JURY DEMAND

Plaintiff demands a jury trial.

Date: April 27, 2012

*Virginia Beagle*

VIRGINIA BEAGLE
(In Pro Se)
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11