UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

VIRGINIA BEAGLE,

    Plaintiff,

-vs-               Case No.  5:12-cv-221-Oc-10PRL

TAKHAR COLLECTION SERVICES, LTD.
and DOE I,

    Defendants.
_____/

**O R D E R**

  This case is before the Court for consideration of the Plaintiff's Motion for Entry of Final Default Judgment against Defendant Takhar Collection Services, Ltd. ("Takhar") (Doc. 8).  On June 25, 2012, the Clerk entered default against Takhar and in favor of the Plaintiff (Doc. 5).  Takhar was served with the Complaint on May 18, 2012 (Doc. 3), but has not filed an answer, responded to the Clerk's default or to the Motion for Final Default Judgment, and has not otherwise appeared or participated in this case.  The Plaintiff's motion is therefore due to be granted.

  The Plaintiff, proceeding *pro se,* alleged in her Complaint that Takhar is a "debt collector"  subject to the provisions of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA") (Doc. 1, ¶ 4).  Takhar allegedly violated numerous provisions of the FDCPA, including: (1) harassing the Plaintiff by making repeated automated calls to her; (2) failing to provide the Plaintiff with debt validation information on request as required

by 15 U.S.C. § 1692g(a); and (3) failing to notify the Plaintiff during their initial communication that Takhar was a debt collector attempting to collect a debt (Doc. 1, Counts I-III). By virtue of Takhar's default in this case, these allegations are admitted as true.[1]

The Plaintiff requests the Court enter judgment against the Defendants in the total amount of $1,360.90, representing $1,000.00 in statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A), and $360.90 in filing and service of process fees. A review of the Complaint and applicable legal authority establishes that the Plaintiff is entitled to the relief requested.

Accordingly, upon due consideration, it is hereby ORDERED as follows:

(1) The Plaintiff's Motion for Entry of Default Judgment (Doc. 8) is GRANTED.

(2) The Clerk is directed to enter Judgment in favor of the Plaintiff and against Defendant Takhar Collection Servics, Ltd., in the amount of $1,360.90, which represents $1,000.00 in statutory damages, and $360.90 in court costs.

(3) The Clerk is further directed to terminate any other pending motions and to close the file.[2]

IT IS SO ORDERED.

---

[1] Buchanan v. Bowman, 829 F.2d 359, 361 (11th Cir. 1987).

[2] The Court is aware that the Plaintiff has also listed "Doe 1" as a party-Defendant. However, that individual has never been identified or served, and the Plaintiff has not made any effort to litigate against this unknown defendant. The Court therefore finds that all claims have been fully and finally resolved and that the case shall be closed.

2

DONE and ORDERED at Ocala, Florida this 4th day of February, 2013.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             Virginia Beagle, *pro se*
             Maurya A. McSheehy